UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

IKEIM CHACHAR CLAUDE VASTER,

    Plaintiff,

v.

STATE OF WASHINGTON, et al.,

    Defendant.

Case No. 3:25-cv-05111-RAJ-TLF

~~[PROPOSED]~~ ORDER

Having reviewed the Report and Recommendation of the Honorable Theresa L. Fricke, United States Magistrate Judge, any objections or responses, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) Defendants' motion to dismiss (Dkt. 18) is GRANTED. Plaintiff's § 1983 claims against the State of Washington, Western State Hospital, and State of Washington Department of Social and Health Services are dismissed with prejudice and without leave to amend. Plaintiff's § 1983 claim against defendant Sidhu is dismissed without prejudice and with leave to amend within thirty (30) days of this order.

(3) The Court declines to exercise supplemental jurisdiction over plaintiff's state law claims and those claims are dismissed without prejudice and with leave to amend within thirty (30) days of this order.

[PROPOSED] ORDER - 1

(4)     The Clerk is directed to provide a copy of this order to plaintiff, counsel for defendants and Judge Fricke.

Dated this 25th day of August, 2025.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge